U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 3 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Albert J Davis #15022999
Dallas County Jail - 2
PO Box 660334
Dallas, TX 75266-0334

11/21/15

---

Dear Honorable Judge Sam A. Lindsay,

Sir, my intentions your Honor, was to file both a "law-suit", and a "Writ of Habeas Corpus". It's my understanding Sir, that the "lawsuit", would cost $400.00, and the "Writ" would only be $5.00. If, I've done this correctly, then this 3:15-CV-03510-L-BF case, is the "Writ of Habeas Corpus". If not, then please let me know, as there is no sense in having two "law-suits" going, concerning the same thing. Especially, if I have to pay the $400.00 fee's, for both of them. If that's indeed the situation, I'd prefer to either combine the two cases, for a total of $400.00 or allow me to change this case (3:15-CV-03510-L-BF), to a "Writ of Habeas Corpus", if it's not already one. And, please let me know if the $5.00 fee can, or will be waived, etc. The "law-suit" is with the Honorable Judge Ed Kinkeade, but under the Honorable Magistrate Judge Renee Harris Toliver, Case No 3:15-CV-03396-K-BK. I've enclosed a "Writ of Mandamus", in both of the cases, in hopes of it being addressed, and hopefully granted. Both, have addressed many of the issues and violations I have faced, and am still facing, even to this day. I'm respectfully, hoping and praying the courts will reverse and overturn these cases, due to the many violations of my civil rights, Constitutional rights and the "Ruiz Stipulations", set forth for all correctional facilities. As well as the blatant "ineffective of Counsel", not allowing me a "Special needs" (MHMR) attorney, not allowing me to postpone my court sitting or date, not allowing

(OVER)

me to refute the DA's testimony, or my protest to Davidson" and displaying a clear case of "Deliberate Indifferance". Had I an oppertunity, I would've requested a "recusal" but wasn't even allowed that right. And, of course, the denial of access to the Law-Library (due process of law), I was not afforded the opportunity or ability to properly prepare, and defend my case, resulting in me being "rail-roaded", in court, as an outcome. All these violations are on-going, even to this very day. And, I (we're) still trapped in this Parkland Jail Hospital, dungeon. I'm also, praying that the injunction (to not transfer me anywhere) will remain, or overide me going anywhere, til a hopeful outcome. Again Sir, I'm just an inexperianced layman, in dealing with these matters of litigation. I also pray this is considered. Thank you Sir, for your attention and consideration, in these matters.

Sincerely and Respectfully,

Albert J Davis Jr.
#15022999

